IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLOTTE MOSLEY                                                    PLAINTIFF

vs.                    Civil Case No. 3:07CV00041 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                     DEFENDANT

ORDER

Defendant is requested to file an answer to Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the Equal Access to Justice Act (DE #14) within ten days.

SO ORDERED this 14th day of January, 2009.

_____
United States Magistrate Judge